JOHN VAN GEE, as Administrator, etc., of JAMES E. VAN GEE, Deceased,

Respondent, v. ANDREW W. KORTS, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. All concur. Present — Clark, Sears, Taylor, Sawyer and Edgcomb, JJ.